Order issued November 8, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01221-CR

**GERRY W. MOONEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Motion for Rehearing filed by appellant is hereby DENIED.

_____

LANA MYERS

JUSTICE